IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ARTHUR D. JONES,<br><br>        Plaintiff,<br><br>vs.<br><br>GABRIEL PENAHERRERA, Correctional Officer; JOHN JOHNSON, Correctional Officer; SETH VAN MAANEN, Correctional Officer; and J.A. JORDAN, Correctional Officer;<br><br>        Defendants. | 8:20CV393<br><br>**MEMORANDUM AND ORDER** |

    This matter is before the court on its own motion. On March 11, 2021, an order sent to Plaintiff at his last-known address was returned to this court as undeliverable. (Filing 12.) Plaintiff has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(e), (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

    IT IS THEREFORE ORDERED that:

    1.    Plaintiff must update his address by **April 1, 2021**. Failure to do so will result in dismissal of this action without prejudice and without further notice to Plaintiff.

    2.    The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **April 1, 2021**: update of Plaintiff's address due; if none, dismiss.

DATED this 12th day of March, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge