IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ARTHUR D. JONES,<br><br>        Plaintiff,<br><br>vs.<br><br>GABRIEL PENAHERRERA, Correctional Officer; JOHN JOHNSON, Correctional Officer; SETH VAN MAANEN, Correctional Officer; and J.A. JORDAN, Correctional Officer,<br><br>        Defendants. | 8:20CV393<br><br>**MEMORANDUM AND ORDER** |

    This matter is before the court on its own motion. On March 11, 2021, the court's Memorandum and Order on initial review was returned to the court as undeliverable. (Filing 12.) On March 12, 2021, the court ordered Plaintiff to apprise the court of his current address, in the absence of which this matter would be dismissed without prejudice and without further notice. (Filing 13.) The court's order has been returned to the court by the United States Postal Service as undeliverable. (Filing 14.)

    IT IS THEREFORE ORDERED that Plaintiff's claims against Defendants are dismissed without prejudice, and judgment shall be entered by separate document.

    DATED this 23rd day of March, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge